IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **JOSEPH DESMONDE BAUGHNS,** | : | |
| **Plaintiff,** | : | |
| v. | : | NO. 3:21-CV-139 (CAR) |
| **JOHN Q. WILLIAMS,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER ON MOTION FOR RECONSIDERATION

Presently before the Court is Plaintiff's Motion for Reconsideration [Doc. 20] of the Court's Order adopting the Magistrate Judge's Order and Recommendation [Doc. 16] to allow Plaintiff's claims against (1) Defendants Williams and Mendefahzz regarding Defendant Mendefahzz's threats to harm Plaintiff and (2) Defendants Williams, Carter, and Mitchell concerning the lack of visitation to go forward, and dismissing Plaintiff's remaining claims without prejudice. Plaintiff seeks reconsideration and claims that he did not receive a copy of the Order.

"[R]econsideration of a previous order is an extraordinary remedy to be employed sparingly."[1] This Court's Local Rule 7.6 provides that motions for reconsideration should not be filed as a matter of routine practice, but only when "absolutely necessary."

---

[1] *Groover v. Michelin North America, Inc.*, 90 F. Supp. 2d 1236, 1256 (M.D. Ala. 2000).

1

Reconsideration is appropriate "only if the movant demonstrates [1] that there has been an intervening change in the law, [2] that new evidence has been discovered which was not previously available to the parties in the exercise of due diligence, or [3] that the court made a clear error of law."[2] However, "[a] motion for reconsideration does not provide an opportunity to simply reargue the issue the Court has once determined."[3]

Here, Plaintiff presents no basis for this Court to reconsider its previous Order. Plaintiff contends that he did not receive a copy of the Order adopting the Recommendation, but the docket reflects that it was mailed to him, and there is no entry that it was returned as undeliverable. Moreover, Plaintiff has filed an amendment to his Complaint and a motion to extend time to respond to Defendants' pending Motion to Dismiss. Accordingly, the Court hereby **DENIES** Plaintiff's Motion [Doc. 20].

**SO ORDERED,** this 24th day of October, 2022.

/s C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] *McCoy v. Macon Water Authority*, 966 F. Supp. 1209, 1222–23 (M.D. Ga.1997).
[3] *Pennamon v. United Bank*, No. 5:09-CV-169 (CAR), 2009 WL 2355816, at *1 (M.D. Ga. July 28, 2009) (quotation omitted).