# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **JOSEPH DESMONDE BAUGHNS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 3:21-CV-139-CAR-CHW |
| | : | |
| | : | |
| **JOHN Q. WILLIAMS,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 39] to grant Defendants Williams, Mandafahzz, Mitchell, and Carter's Motion to Dismiss [Doc. 28] Plaintiff's Complaint and Supplemental Complaint because (1) Defendants are protected by qualified immunity; (2) Plaintiff did not properly exhaust his administrative remedies for all but one of his claims; (3) Plaintiff's claims against Defendants in their official capacities are barred by the Eleventh Amendment; and (4) Plaintiff's request for compensatory damages is barred. Plaintiff did not file an objection to the Report and Recommendation, and the time in which to

1

do so has expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.

Accordingly, the Report and Recommendation [Doc. 39] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants' Motion to Dismiss [Doc. 28] is **GRANTED**. Plaintiff's Complaint [Doc. 1] and Supplemental Complaint [Doc. 26] are **DISMISSED**.

**SO ORDERED,** this 21st day of December, 2022.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT