IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JOSEPH DESMONDE BAUGHNS,  *

    Plaintiff,  *

v.  Case No.  3:21-CV-139(CAR)

    *

JOHN Q. WILLIAMS, et al.,

    *

    Defendants.

    *

## J U D G M E N T

Pursuant to this Court's Order dated December 21, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of December, 2022.

    David W. Bunt, Clerk

    s/ Robin L. Walsh, Deputy Clerk